UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HILARY WHITE; JEFF PELLO;
NATALIE WARREN and all
others similarly situated,

      Plaintiffs,

  v.                              NO. CIV. S-12-1276 LKK/EFB

AT&T, INC.; AT&T COMMUNICATIONS
OF CALIFORNIA, INC.; AT&T
MOBILITY WIRELESS OPERATIONS
HOLDINGS, INC.; DOE CORPORATION
ENTITIES 1-10; DOE BUSINESS
ENTITIES 1-10; DOE INDIVIDUALS
1-10,

      Defendants.
                                  /

**ORDER OF RECUSAL AND REASSIGNMENT**

    It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned.

    IT IS HEREBY ORDERED that:

    1.    The undersigned recuses himself as the judge to whom this

```
 1 | case is assigned;
 2 |      2.   All currently scheduled dates in the above-captioned
 3 | action are **VACATED**;
 4 |      3.   The Clerk of the Court reassign this case to another
 5 | judge for all further proceedings, making appropriate adjustments
 6 | in the assignments of civil cases to compensate for such
 7 | reassignment; and
 8 |      4.   This case is REASSIGNED to the Honorable
 9 | Morrison C. England, Jr.
10 |      IT IS SO ORDERED.
11 |      DATED:  May 14, 2012.
```

_(signature)_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT