UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HILARY WHITE; JEFF PELLO; NATALIE WARREN and all others similarly situated,

        Plaintiffs,

  v.                                      NO. CIV. S-12-1276 LKK/EFB

AT&T, INC.; AT&T COMMUNICATIONS OF CALIFORNIA, INC.; AT&T MOBILITY WIRELESS OPERATIONS HOLDINGS, INC.; DOE CORPORATION ENTITIES 1-10; DOE BUSINESS ENTITIES 1-10; DOE INDIVIDUALS 1-10,

        Defendants.
                                       /

**ORDER OF RECUSAL AND REASSIGNMENT**

    It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned.

    IT IS HEREBY ORDERED that:

    1.    The undersigned recuses himself as the judge to whom this

1

1 case is assigned;

2. All currently scheduled dates in the above-captioned action are **VACATED**;

3. The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment; and

4. This case is REASSIGNED to the Honorable Morrison C. England, Jr.

IT IS SO ORDERED.

DATED: May 14, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2