# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARY WHITE; JEFF PELLO; NATALIE WARREN and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T INC.; AT&T COMMUNICATIONS OF CALIFORNIA, INC.; AT&T MOBILITY WIRELESS OPERATIONS HOLDINGS INC.; DOE CORPORATION ENTITIES 1-10; DOE BUSINESS ENTITIES 1-10; DOE INDIVIDUALS 1-10,<br><br>Defendants. | Case No. 2:12-cv-01276-MCE-EFB<br><br>**ORDER APPROVING STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>**(L.R. 143)**<br><br>Honorable Morrison C. England, Jr.<br><br>Complaint Filed:  April 11, 2012<br>Removal Filed:  May 11, 2012 |

IT IS HEREBY ORDERED THAT, according to the stipulation of the parties, this case is dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(i). The Clerk is directed to close the file.

Dated: June 4, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE